UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARJAC, L.L.C., et al., | : | |
|       Plaintiffs, | : | Civil Action No. 06-1440 (JAG) |
| | : | |
| v. | : | **ORDER** |
| | : | **CLOSED** |
| RICHARD TRENK, et al., | : | |
| | : | |
|       Defendants. | : | |

**GREENAWAY, JR., U.S.D.J.**

      This matter comes before this Court on the motion by Defendants Richard Trenk, John McKeon, Susan Borg, Russell DeSantis, James Montgomery, and John Does A-Z (collectively "Defendants") seeking the grant of summary judgment, pursuant to FED. R. CIV. P. 56(c), against plaintiffs, MARJAC, L.L.C., DJF Realty, Inc., Mario LaVecchia and Jack Fiorenza, Jr. (collectively "Plaintiffs"); and it appearing that this Court reviewed the parties' submissions, and for the reasons set forth in the accompanying Opinion, and good cause appearing,

      IT IS on this 30th day of June, 2009,

      ORDERED that Defendants' motion for summary judgment (Docket Entry No. 28) is GRANTED, and it is further

      ORDERED that summary judgment is GRANTED as to Counts I, II, III, IV, V, IX, and X of the Complaint; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

   S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.